Form for Chapter 7 Jnt Case

# EXHIBIT A TO FORM 2016

| | | |
|---|---|---|
| Total Funds Paid to CLG: | $1,800.00 | |
| | | |
| The above includes the following | $306.00 | BK Court Filing Fee |
| | $53.00 | Credit Report |
| | $80.00 | Credit Counseling & Debtor Education Fee |
| | $21.00 | Homestead Deed Filing (Court Cost) |
| | $1,340.00 | Attorneys' Fees |

S:\BARF\AFE.7.JNT.doc

Last updated: May 27, 2011